**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
|    1716 R Street Flats LLC; | ) | Case Nos. 23-00017 to 23-00028-ELG |
|    The Z Flats L.L.C.; | ) | |
|    1605 17th Street Flats LLC; | ) | |
|    1601 17th Place Flats LLC; | ) | Chapter 11 |
|    1609 17th Place Flats LLC; | ) | (Jointly Administered under |
|    The Lauravin Luxury Apt. Homes III | ) | Case No. 23-00017-ELG) |
|    L.L.C.; | ) | |
|    The Washingtonian L.L.C.; | ) | |
|    1616 27th Street Flats L.L.C.; | ) | |
|    Lerae Towers II, LLC; | ) | |
|    The Lerae Towers, LLC; | ) | |
|    4220 Ninth Street Flats LLC; | ) | |
|    4649 Hillside Road Flats LLC. | ) | |
| | ) | |
|    Debtors and Debtors in Possession | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| WCP Fund I LLC, et al., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | Adv. Proc. No. 23-10012-ELG |
| vs. | ) | |
| | ) | |

|   |   |
|---|---|
| 1716 R Street, LLC et al.,   | ) |
|   | ) |
| Defendants  | ) |
|   | ) |

## ORDER OF DISMISSAL

Upon consideration of the Stipulation of Dismissal filed by 1716 R Street Flats LLC; The Z Flats L.L.C.; 1605 17th Street Flats LLC; 1601 17th Place Flats LLC; 1609 17th Place Flats LLC; The Lauravin Luxury Apartment Homes III L.L.C.; The Washingtonian L.L.C.; 1616 27th Street Flats L.L.C.; Lerae Towers II, LLC; The Lerae Towers, LLC; 4220 Ninth Street Flats LLC; and 4649 Hillside Road Flats LLC ("Debtor-Defendants"); and WCP Fund I LLC ("WCP"), DP Capital LLC ("DPCL"), WCP Fund I LLC in its Capacity as Servicer for SF NU, LLC ("SNL"), WCP Fund I LLC in its Capacity as Servicer for 1Sharpe Opportunity Intermediate Trust ("1Sharpe"), WCP Fund I LLC in its Capacity as Servicer for Pacific RBLF Funding Trust ("PRFT"), and WCP Fund I LLC in its Capacity as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee of HOF Grantor Trust 1 ("HOF") (collectively, the "Plaintiffs"); it is by the United States Bankruptcy Court for the District of Clumbia, pursuant to Rule 41 of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, ORDERED that the above-captioned adversary proceeding is DISMISSED as to all defendants without prejudice, each side to bear its own fees and costs.

**WE ASK FOR THIS**

| | |
|---|---|
| /s/ Justin P. Fasano<br>Justin P. Fasano (Fed Bar No. MD21201)<br>McNamee Hosea, P.A.<br>6404 Ivy Lane, Suite 820<br>Greenbelt, MD 20770<br>Tel: 301-441-2420<br>Fax: 301-982-9450<br>jfasano@mhlawyers.com<br>*Counsel for 1716 R Street Flats LLC; The Z Flats L.L.C.; 1605 17th Street Flats LLC; 1601 17th Place Flats LLC; 1609 17th Place Flats LLC; The Lauravin Luxury Apartment Homes III L.L.C.; The Washingtonian L.L.C.; 1616 27th Street Flats L.L.C.; Lerae Towers II, LLC; The Lerae Towers, LLC; 4220 Ninth Street Flats LLC; and 4649 Hillside Road Flats LLC* | /s/ Maurice B. Verstandig<br>Maurice B. VerStandig, Esq.<br>Bar No. MD18071<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012<br>Phone/Facsimile: (301) 444-4600<br>mac@mbvesq.com<br>*Counsel for the Plaintiffs* |